UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONNA PARKS, et al.<br><br>  Plaintiff,<br><br>  v.<br><br>ETHICON, INC., et al.,<br><br>  Defendant. | Case No. 3:20-cv-00989-GPC-RBB<br><br>**ORDER GRANTING APPLICATION FOR SUBSTITUTION OF ATTORNEY [DOCKET NO. 84]** |

The Court hereby orders that the application of Tucker Ellis LLP to substitute in as counsel for Defendants Ethicon, Inc., and Johnson & Johnson in place of attorneys from Butler Snow, and Thomas Combs & Spann, **IS HEREBY GRANTED**.

The following attorneys from Tucker Ellis LLP shall be counsel of record for Defendants Ethicon, Inc., and Johnson & Johnson:

- Mollie F. Benedict, State Bar No. 187084;
- Joshua J. Wes, State Bar No. 238541; and
- Nicholas V. Janizeh, State Bar No. 307816.

And the following attorneys will be withdrawn as counsel:

- Anita Modak-Truran of Butler Snow
- Christy D. Jones of Butler Snow
- Kari L. Sutherland of Butler Snow
- Taylor B. Mayes of Butler Snow
- William M. Gage of Butler Snow
- David B. Thomas of Thomas Combs & Spann
- Susan M. Robinson of Thomas Combs & Spann

**IT IS SO ORDERED.**

Dated: June 10, 2020

Hon. Gonzalo P. Curiel
United States District Judge

[PROPOSED] ORDER GRANTING APPLICATION FOR SUBSTITUTION OF ATTORNEY