# EXHIBIT D

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONNA PARKS,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>ETHICON, INC., ET AL.,<br><br>　　　　　　Defendants. | Case No.: 3:20-cv-00989-GPC-RBB<br><br>**NOTICE OF PRIOR TESTIMONY OF DANIEL ELLIOTT, MD** |

In compliance with Judge Eifert's Order and Rule 26(a)(2)(B)(v) of the Federal Rules of Civil Procedure, below is a list of cases in which Daniel Elliott, MD testified as an expert witness during the previous four years.

## PREVIOUS TESTIMONY

*Nancy Smallwood v. Ethicon, Inc., et al.,* Southern District of West Virginia, Case No. 2:12-cv-00472

*Elizabeth Blynn Wilson Wolfe v. Ethicon, Inc., et al.,* Southern District of West Virginia, Case No. 2:12-cv-01286;

*Funderburke v. Ethicon, Inc., et al.,* Southern District of West Virginia, Case No. 2:12-cv-09957;

*Loustanauma v. Ethicon, Inc., et al.,* Southern District of West Virginia, Case No. 2:12-cv-00666;

*Nix v. Ethicon, Inc., et al.,* Southern District of West Virginia, Case No. 2:12-cv-01278;

*Carter v. Ethicon, Inc., et al.,* Southern District of West Virginia, Case No. 2:12-cv-01661;

*Kowalski v. Ethicon, Inc., et al.,* Southern District of West Virginia, Case No. 2:12-cv-01323;

*Rose v. Ethicon, Inc., et al.,* Southern District of West Virginia, Case No. 2:12-cv-01336;

*Jones v. Ethicon, Inc.,* Southern District of West Virginia, Case No. 2:12-cv-09517;

*Russell v. Ethicon, Inc.,* Southern District of West Virginia, Case No. 2:12-cv-26652

*Clinton v. Mentor Worldwide,* Eastern District of Missouri, Case No. 2:16-cv-00319;

*Griffin v. Ethicon, Inc.,* Southern District of West Virginia, Case No. 2:12-cv-04331;

*Schalk v. Ethicon, Inc.,* Southern District of West Virginia, Case No. 2:12-cv-04806;

*Houck v. Ethicon, Inc.,* Southern District of West Virginia, Case No. 2:12-cv-08091;

*Jones v. Ethicon, Inc.,* Southern District of West Virginia, Case No. 2:14-cv-17912;

1. *Kaiser v. Ethicon, Inc.*, Northern District of Indiana, Case No. 18-cv-02944

2. *McKnight v. Ethicon, Inc.,* Southern District of West Virginia, Case No.

3. *Perciballi v. Ethicon, Inc.,* Southern District of West Virginia, Case No. 2:13-cv-08053;

4. *Alonso v. C.R. Bard, Inc.,* Southern District of West Virginia, Case No. 2:14-cv-07112;

5. *Staton v. Ethicon, Inc.,* Southern District of West Virginia, Case No. 2:12-cv-00485;

6. *Garvin v. Ethicon, Inc.,* Southern District of West Virginia, Case No. 2:13-cv-19899;

7. *Becky Smith v. C.R. Bard, Inc.*, Southern District of West Virginia, Case No. 2:15-cv-16402;

8. *Orr v. Ethicon, Inc.,* Southern District of West Virginia, Case No. 2:12-cv-03738;

9. *Seal v. Ethicon, Inc.,* Southern District of West Virginia, Case No. 2:13-cv-27279;

10. *Munsee v. Ethicon, Inc.,* Southern District of West Virginia, Case No. 2:13-cv-26868;

11. *Barbara Smith v. Ethicon, Inc.,* Southern District of West Virginia, Case No. 2:12-cv-04791;

12. *Batson v. Ethicon, Inc.,* Southern District of West Virginia, Case No. 2:14-cv-06455;

13. *Parks v. Ethicon, Inc.,* Southern District of West Virginia, Case No. 2:14-cv-10221;

14. *Westerfoe;d v. Ethicon, Inc.,* Southern District of West Virginia, Case No. 2:14-cv-09748;

15. *Barone v. Ethicon, Inc.,* Southern District of West Virginia, Case No. 2:12-cv-06802;

16. *Freeman v. Ethicon, Inc.,* Southern District of West Virginia, Case No. 2:13-cv-24578;

17. *Burton v. Ethicon, Inc.,* Southern District of West Virginia, Case No. 2:14-cv-15094;

18. *Wingard v. Ethicon, Inc.,* Southern District of West Virginia, Case No. 2:13-cv-23113;

19. *Romero v. Ethicon, Inc.,* Southern District of West Virginia, Case No. 2:13-cv-01294;

20. *Clowe v. Ethicon, Inc.,* Southern District of West Virginia, Case No. 2:12-cv-06893;

21. *Lewis v. Ethicon, Inc.,* Southern District of West Virginia, Case No. 2:14-cv-14666;

22. *Moe v. Ethicon, Inc.,* Southern District of West Virginia, Case No.

PLAINTIFF'S CONFIDENTIAL SETTLEMENT CONFERENCE STATEMENT

|   |   |
|---|---|
|   | Respectfully submitted, |
|   | /s/ Chris W. Cantrell |
|   | Chris W. Cantrell (SBN 290874) |
|   | **DOYLE APC** |
|   | 550 West B Street, Fourth Floor |
|   | San Diego, CA 92101 |
|   | Telephone: (619) 736-0000 |
|   | Facsimile: (619) 736-1111 |

William J. Doyle (SBN 188069)
John Lowther (SBN 207000)
**DOYLE LOWTHER LLP**
4400 NE 77th Avenue, Suite 275
Vancouver WA 98662
Telephone: (360) 818-9320
Facsimile: (360) 450-3116

### CERTIFICATE OF SERVICE

I hereby certify that on September 14, 2020, a true and correct copy of **Notice of Prior Testimony of Daniel S. Elliott, MD** was served on the following counsel of record by electronic mail:

Mollie Benedict, Esq.
Joshua Wes, Esq.
Tucker Ellis LLP
515 South Flower Street
42nd Floor
Los Angeles, CA 90071
mollie.benedict@tuckerellis.com
joshua.wes@tuckerellis.com