# EXHIBIT E

| CASE NAME | LAW FIRM | DEPOSITION OR TRIAL TESTIMONY | DATE OF TESTIMONY | CASE NUMBER |
|---|---|---|---|---|
| Ailey v. Cook Medical | Anderson Law Offices | DEPOSITION | 1/31/2015 | 2:13-cv-18888 |
| Watkins v. Cook Medical | Anderson Law Offices | DEPOSITION | 1/31/2015 | 2:13-cv-20370 |
| Hovey v. Cook Medical | Anderson Law Offices | DEPOSITION | 1/31/2015 | 2:13-cv-18900 |
| Lingo v. Cook Medical | Anderson Law Offices | DEPOSITION | 1/31/2015 | 2:13-cv-20359 |
| St. Cyr v. C.R. Bard | Aylstock Witkin Kreis & Overholtz | DEPOSITION | 5/2/2015 | 2:14-cv-02313 |
| Stanbrough v. C.R. Bard | Aylstock Witkin Kreis & Overholtz | DEPOSITION | 5/2/2015 | 2:14-cv-06937 |
| Sutton v. C.R. Bard | Aylstock Witkin Kreis & Overholtz | DEPOSITION | 5/2/2015 | 2:12-cv-00105 |
| Kathryn Nelson v. Ethicon | Habush, Habush & Rottier / Wexler Wallace | DEPOSITION | 7/12/2015 | 2:12-cv-00472 |
| Tereski Mullins v. Ethicon | Wagstaff & Cartmell | DEPOSITION | 9/26/2015 | 2:12-cv-02952 |
| Watkins v. Ethicon | Anderson Law Offices | DEPOSITION | 10/3/2015 | In Re Pelvic Mesh/Gynecare Litigation, Case No. 291 CT |
| Hammons v. Ethicon | Mazie, Slater & Katz / Kline & Specter | DE BENE ESSE DEPOSITION FOR TRIAL | 11/21/2015 | 2:13-cv-04086 |
| Nancy Smallwood v. Ethicon | Wagstaff & Cartmell | DEPOSITION | 1/1/2016 | 2:12-cv-00472 |
| Blynn Wilson Wolfe v. Ethicon | Aylstock Witkin Kreis & Overholtz / Mounsour Firm | DEPOSITION | 3/26/2016 | 2:12-cv-01286 |
| Funderburke v. Ethicon | Aylstock Witkin Kreis & Overholtz | DEPOSITION | 3/26/2016 | 2:12-cv-09957 |
| Loustanauma v. Ethicon | Aylstock Witkin Kreis & Overholtz | DEPOSITION | 3/26/2016 | 2:12-cv-00666 |

| | | | | |
|---|---|---|---|---|
| Nix v. Ethicon | Aylstock Wikin Kreis & Overholtz / Mounsour Firm / Fibich Leebron Copeland / Salim Beasley | DEPOSITION | 3/26/2016 | 2:12-cv-01278 |
| Carter v. Ethicon | Wagstaff & Cartmell | DEPOSITION | 5/14/2016 | 2:12-cv-01661 |
| Judith Kowalski v. Ethicon | Aylstock Wikin Kreis & Overholtz / Mounsour Firm / Fibich Leebron Copeland | DEPOSITION | 7/2/2016 | 2:12-cv-01323 |
| Rose v. Ethicon | Aylstock Wikin Kreis & Overholtz / Meyers & Flowers / Fibich Leebron Copeland | DEPOSITION | 7/2/2016 | 2:12-cv-01336 |
| Jones v. Ethicon | Levin Papantonio | DEPOSITION | 7/16/2016 | 2:14-cv-17912 |
| Russell v. Ethicon | Hollis Wright & Couch / Hollis Wright Clay & Vail | DEPOSITION | 7/16/2016 | 2:12-cv-26652 |
| Clinton v. Mentor Worldwide | Aylstock Witkin Kreis & Overholtz | DEPOSITION | 7/24/2016 | 2:16-cv-00319 |
| Griffin v. Ethicon | Zimmerman Reed | DEPOSITION | 2/4/2017 | 2:12-cv-04331 |
| Schalk v. Ethicon | Childer Schlueter & Smith | DEPOSITION | 2/4/2017 | 2:12-cv-04806 |
| Kaiser v. Ethicon | Wagstaff & Cartmell / Wexler Wallace / Thomas Plouff | TRIAL | 3/1/2019 | 18-cv-02944 |
| Houck v. Ethicon | Ashcraft & Gerel | DEPOSITION | 3/24/2019 | 2:12-cv-08091 |
| McKnight v. Ethicon | Bernstein Liebhard | DEPOSITION | 4/13/2019 | 2:13-cv-13720 |
| Perciballi v. Ethicon | Levin Papantonio | DEPOSITION | 5/5/2019 | 2:13-cv-08053 |
| Alonso v. C.R. Bard | Aylstock Witkin Kreis & Overholtz | DEPOSITION | 7/20/19 | 2:14-cv-07112 |
| Staton v. Ethicon | Aylstock Witkin Kreis & Overholtz | DEPOSITION | 7/20/2019 | 2:12-cv-00485 |
| Garvin v. Ethicon | Littlepage Booth / Leckman Law | DEPOSITION | 7/21/2019 | 2:13-cv-19899 |

| Case | Firm | Type | Date | Docket |
|---|---|---|---|---|
| *Becky Smith v. C.R. Bard* | Wagstaff & Cartmell | DEPOSITION | 7/29/2019 | 2:15-cv-16402 |
| *Orr v. Ethicon* | Doyle Lowther, Branstetter Jennings & Stranch | DEPOSITION | 8/24/2019 | 2:12-cv-03738 |
| *Seal v. Ethicon* | Doyle Lowther | DEPOSITION | 8/24/2019 | 2:13-cv-27279 |
| *Munsee v. Ethicon* | Doyle Lowther | DEPOSITION | 8/31/2019 | 2:13-cv-26868 |
| *Barbara Smith v. Ethicon* | Doyle Lowther | DEPOSITION | 8/31/2019 | 2:12-cv-04791 |
| *Barone v. Ethicon* | Heard Robins Cloud & Black | DEPOSITION | 9/14/2019 | 2:12-cv-06802 |
| *Freeman v. Ethicon* | Heard Robins Cloud & Black | DEPOSITION | 9/14/2019 | 2:13-cv-24578 |
| *Burton v. Ethicon* | Wagstaff & Cartmell | DEPOSITION | 10/5/2019 | 2:14-cv-15094 |
| *Wingard v. Ethicon* | Wagstaff & Cartmell / Simmons Hanly Conroy | DEPOSITION | 10/5/2019 | 2:13-cv-23113 |
| *Romero v. Ethicon* | Wagstaff & Cartmell | DEPOSITION | 10/6/2019 | 2:13-cv-01294 |
| *Clowe v. Ethicon* | Wagstaff & Cartmell | DEPOSITION | 10/12/2019 | 2:12-cv-06893 |
| *Lewis v. Ethicon* | Shaw Cowart | DEPOSITION | 10/12/2019 | 2:14-cv-14666 |
| *Moe v. Ethicon* | Wagstaff & Cartmell | DEPOSITION | 10/14/19 | 2:13-cv-26408 |
| *Batson v. Ethicon* | Doyle Lowther | DEPOSITION | 11/30/2019 | 2:14-cv-06455 |
| *Parks v. Ethicon* | Doyle Lowther | DEPOSITION | 12/1/2019 | 2:14-cv-10221 |
| *Westerfield v. Ethicon* | Doyle Lowther | DEPOSITION | 12/1/2019 | 2:14-cv-09748 |