UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONNA PARKS; DELBERT PARKS,<br><br>          Plaintiffs,<br><br>v.<br><br>ETHICON, INC.,; JOHNSON & JOHNSON,<br><br>          Defendants. | Case No.: 20cv989-LL-RBB<br><br>**ORDER VACATING HEARING ON FEBRUARY 9, 2022**<br><br><br>**[ECF No. 172]** |

On December 15, 2021, the parties filed supplemental briefs on reserved *Daubert* issues. ECF Nos. 178, 179. On January 5, 2022, this case was transferred to the undersigned district judge. ECF No. 182. Accordingly, the February 9, 2022 at 1:30 p.m. hearing on the reserved *Daubert* issues is hereby **VACATED** subject to resetting. If the hearing is not reset, the Motions will be decided on the papers.

  **IT IS SO ORDERED**.

Dated: January 10, 2022

                     Honorable Linda Lopez
                     United States District Judge