UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONNA PARKS; DELBERT PARKS,<br><br>    Plaintiffs,<br><br>v.<br><br>ETHICON, INC.; JOHNSON & JOHNSON,<br><br>    Defendants. | Case No.: 20cv989-LL-RBB<br><br>**ORDER GRANTING IN PART AND DENYING IN PART JOINT MOTION REQUESTING TRIAL SETTING AND AMENDED SCHEDULING ORDER**<br><br>**[ECF No. 190]** |

On February 28, 2022, the parties filed a Joint Motion Requesting Trial Setting and Amended Scheduling Order. ECF No. 190. The Court finds good cause to **GRANT** the parties' request to continue certain pretrial deadlines and the pretrial conference. However, the Court **DENIES** the parties' request to set a trial date at this time and will set it at the final pretrial conference. Accordingly, the Court continues the following dates and deadlines as set forth below:

1. The deadline to file Memoranda of Contentions of Fact and Law and to take any other action required by Civil Local Rule 16.1(f)(2) is continued from March 3, 2022 to May 4, 2022;

2. The deadline to comply with pre-trial disclosure requirements of Federal Rule of Civil Procedure 26(a)(3) is continued from March 10, 2022 to May 11, 2022;

3. The deadline for counsel to meet and take action as required by Civil Local Rule 16.1(f)(4) is continued from March 17, 2022 to May 11, 2022;

4. The deadline for Plaintiff to provide Defendant with the proposed pretrial order for review and approval is continued from March 23, 2022 to May 11, 2022;

5. The deadline for Plaintiff to lodge with the Court the Proposed Final Pretrial Conference Order is continued from March 30, 2022 to May 18, 2022;

6. The April 6, 2022 pretrial conference is **VACATED** and continued to **June 2, 2022** at **10:00 a.m.** in Courtroom 2B.

**IT IS SO ORDERED**.

Dated: March 9, 2022

Honorable Linda Lopez
United States District Judge