|   |   |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| DONNA PARKS, | Case No.: 20cv989-LL-RBB |
|---|---|
| Plaintiff, | |
| v. | **ORDER RESETTING FINAL PRETRIAL CONFERENCE AND RELATED DEADLINES** |
| ETHICON, INC.; JOHNSON & JOHNSON, | |
| Defendants. | |

Due to a conflict on the Court's calendar, the Court **RESETS** the final Pretrial Conference and related deadlines. The Court also adds additional details and requirements to the pretrial schedule.

1. The deadline to comply with the pretrial disclosure requirements of Federal Rule of Civil Procedure 26(a)(3) is continued from May 11, 2022 to **June 2, 2022**. **Failure to comply with these disclosure requirements could result in evidence preclusion or other sanctions under Federal Rule of Civil Procedure 37.**

2. The deadline for counsel to meet and take action as required by Civil Local Rule 16.1(f)(4) is continued from May 11, 2022 to **June 9, 2022**; The parties shall meet and confer and prepare a proposed pretrial order containing the following:

a. A joint neutral statement to be read to the jury, not in excess of one page, of the nature of the case and the claims and defenses.

b. A list of the causes of action to be tried, referenced to the complaint [and counterclaim if applicable]. For each cause of action, the order shall succinctly list the elements of the claim, damages, and any defenses. A cause of action in the complaint [and/or counterclaim] which is not listed shall be dismissed with prejudice.

c(1). A list of each witness counsel actually expect to call at trial with a brief statement, not exceeding four sentences, of the substance of the witnesses' testimony.

c(2). A list of each expert witness counsel actually expect to call at trial with a brief statement, not exceeding four sentences, of the substance of the witnesses' testimony.

c(3). A list of additional witnesses, including experts, counsel do not expect to call at this time but reserve the right to call at trial along with a brief statement, not exceeding four sentences, of the substance of the witnesses' testimony.

d(1). A list of all exhibits that counsel actually expect to offer at trial with a one-sentence description of the exhibit. Plaintiff's exhibits must be identified numerically, starting with "1," and Defendant's alphabetically, starting with A to Z, then AA to AZ, then BA to BZ, etc.

d(2). A list of all other exhibits that counsel do not expect to offer at this time but reserve the right to offer if necessary at trial with a one-sentence description of the exhibit.

e. A statement of all facts to which the parties stipulate. This statement shall be on a separate page and will be read to and provided to the jury.

f. A list of all deposition transcripts by page and line, or videotape depositions by section, that will be offered at trial.

1      g.    Whether the case will be tried by jury or by the Court without a jury.

2      h.    Estimated number of days for trial.

3      i.    Counsel will note any objections they have to any other parties' Federal Rules of Civil Procedure 26(a)(3) pretrial disclosures.

Counsel shall cooperate in the preparation of the proposed pretrial order. The Court encourages the parties to consult with the assigned magistrate judge to work out any problems in preparation of the proposed pretrial order. The Court will entertain any questions concerning the conduct of the trial at the pretrial conference.

3. Counsel for Plaintiff will be responsible for preparing the proposed pretrial order and arranging the meetings of counsel pursuant to Civil Local Rule 16.1(f). The deadline for Plaintiff's counsel to provide opposing counsel with the proposed pretrial order for review and approval is continued from May 11, 2022 to **June 16, 2022**. Opposing counsel must communicate promptly with Plaintiff's counsel concerning any objections to form or content of the proposed pretrial order, and both parties shall attempt promptly to resolve their differences, if any, concerning the proposed pretrial order.

4. The deadline for Plaintiff to lodge the proposed pretrial order, including objections to any other party's Federal Rule of Civil Procedure 26(a)(3) pretrial disclosures, with the district judge's chambers is continued from May 18, 2022 to **June 23, 2022**.

5. All motions in limine shall be filed on or before **July 7, 2022**. All responses to motions in limine shall be filed no later than 14 days after the motions are filed. No replies shall be filed unless directed by the Court. The hearing date for motions in limine will be set at the final Pretrial Conference.

6. The June 2, 2022 pretrial conference is **VACATED** and continued to **July 7, 2022** at **10:00 a.m.** on the calendar of the undersigned.

7. The parties shall submit the following on or before **August 4, 2022**: (1) joint proposed jury instructions; (2) proposed verdict form; (3) *voir dire* questions; and (4) statement of the case.

1    8.    A post-trial settlement conference before a magistrate judge may be held
2 within thirty days of verdict in the case.
3    9.    The dates and times set forth herein will not be modified except for good cause
4 shown.
5    **IT IS SO ORDERED**.
6 Dated:  May 9, 2022

_____
Honorable Linda Lopez
United States District Judge