# EXHIBIT D

Chris W. Cantrell (SBN 290874)
**DOYLE APC**
550 West B Street, Fourth Floor
San Diego, CA 92101
Telephone: (619) 736-0000
Facsimile: (619) 736-1111

William J. Doyle (SBN 188069))
**DOYLE LOWTHER LLP**
4400 NE 77th Avenue, Suite 275
Vancouver WA 98662
Telephone: (360) 818-9320
Facsimile: (360) 450-3116

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONNA PARKS,<br><br>                            Plaintiff,<br><br>v.<br><br>ETHICON, INC., ET AL.,<br><br>                            Defendants. | Case No.: 3:19-cv-00989-GPC-RBB<br><br>**PLAINTIFF DONNA PARKS' SUPPLEMENTAL FACT SHEET** |

Pursuant to Pretrial Order Nos. 17 and 40 of MDL 2327, Plaintiff Donna Parks submits this Supplemental Plaintiff Fact Sheet.

I. **BACKGROUND INFORMATION**

4) Your current residence address: ▮▮▮▮▮▮▮▮▮▮ CA 92071

If you have lived at this address for less than 10 years, provide each of your prior residence addresses from 2000 to the present:

| Prior Address | Dates You Lived At This Address |
|---|---|
| n/a | |
| | |
| | |

5) Have you ever been married? Yes _X_ No ___

If yes, provide the names and addresses of each spouse and the inclusive dates of your marriage to each person.

<u>Delbert Lee Parks from 1968 to 2018 when Delbert passed away. I resided with Delbert at 8301 Mission Gorge Road, Santee, CA until his death in 2018. I remarried on June 18, 2019 to William Barham. However, William passed away in February 2020. I continue to reside at 8301 Mission Gorge Road, Santee, CA.</u>

6) Do you have children? Yes _X_ No ___

If Yes, please provide the following information with respect to each child:

| Full Name of Child | Date of Birth | Home Address (if different from yours) | Whether Biological/Adopted |
|---|---|---|---|
| Brian Parks | 45 | ▮▮▮▮▮, CA 92119 | Biological |
| Erick Parks | 41 | ▮▮▮▮▮, AZ 85048 | Biological |
| | | | |

7) Identify the name and age of any person who currently resides with you and their relationship to you:

_____N/A_____

_____

8) Identify all secondary and post-secondary schools you attended, starting with high school and please provide the following information with respect to each:

| Name of School | Address | Dates of Attendance | Degree Awarded | Major or Primary Field |
|---|---|---|---|---|
| Foothill High School | 501 Park Dr, Bakersfield, CA 93306 | 1964-1966 | Diploma | |
| Bakersfield Community College | 1801 Panorama Dr, Bakersfield, CA 93305 | 1967 | n/a | n/a |

PLAINTIFF DONNA PARKS' SUPPLEMENTAL FACT SHEET

## II. CLAIM INFORMATION

1) Please complete the following chart for each implanted Ethicon, Inc. pelvic mesh product. Insert additional lines as necessary.

| Pelvic Mesh Product and lot number (if sticker affixed, so indicate) | Date and Location of Implant | Reason for Implant | Implanting Doctor and Address |
|---|---|---|---|
| Product No. 1: Gynemesh Lot # BJR539 | 01/08/2010 Kaiser Permanente 4647 Zion Ave. San Diego, CA 92120 | Cystocele / Prolapse Repair | Shawn Menefee, MD Kaiser Permanente Hospital, 9455 Clairemont Mesa Blvd, San Diego, CA |

3) For each Ethicon, Inc. pelvic mesh product identified above, indicate if, prior to implantation, you received any written and/or verbal information or instructions, including any risks or complications that might be associated with the use of the product(s)? Yes __X__ No ____ Don't Know ____

**If Yes:**

a. Provide the date you received the written and/or verbal information or instructions:

Shortly before the implant surgery (I don't recall the exact date) I had a discussion with Dr. Zachary Bowman regarding the surgery. He very generally explained what the surgery would entail, how long it should last and what to expect after the surgery. Specifically regarding what limitations I would have while recovering from the surgery. Neither Dr. Bowman or Dr. Menefee went over the potential complications of the Gynemesh implant.

b. Identify by name and address the person(s) who provided the information or instructions:

Dr. Zachary Bowman. I do not know Dr. Bowman's current address. At the time, he was working under Dr. Menefee at Kaiser Permanente.

c. What information or instructions did you receive?

I had a discussion with Dr. Zachary Bowman regarding the surgery. He very generally explained what the surgery would entail, how long it should last and what to expect after the surgery. Specifically regarding what limitations I would have while recovering from the surgery. Neither Dr. Bowman or Dr. Menefee went over the potential complications of the Gynemesh implant.

d.  If you have copies of the written information or instructions you received, please attach copies to your response.

   I didn't receive any written information or instructions. Only verbal.

5) Have any of the Ethicon, Inc., pelvic mesh product(s) been removed, in whole or in part? **Yes  X   No ___   Don't Know ___**

   **If Yes, for each pelvic mesh product removed provide:**

   a.  On what date, where and by whom (doctor) was the pelvic mesh product(s), or any portion of it, removed?

   (1) 03/13/2014 Sharp Mary Birch Hospital 3003 Health Center Dr. San Diego, CA 92123 by Dr. Emily Cole; (2) 09/16/2014 Sharp Memorial Hospital, 7901 Frost Street San Diego, CA 92123 by Dr. Emily Cole; and (3) 11/15/2017 Sharp Mary Birch Hospital 3003 Health Center Dr. San Diego, CA 92123 by Dr. Emily Cole.

   b.  Explain why you consented to have the pelvic mesh product(s), or any portion of it, removed?

   The Gynemesh implant was causing severe pain and dyspareunia. The mesh had caused banding and contraction and had become exposed.

   c.  Does any medical treater, physician or anybody else on your behalf have possession of any portion of the pelvic mesh product® that was previously implanted in you and removed?  **Yes  X   No ___   Don't Know ___**

   **If Yes,** please state name and address of the person or entity having possession of same.

   Steelgate, Inc., 2307 58th Avenue, Bradenton, FL 34203

6) Do you claim that you suffered bodily injuries as a result of the implantation of any Ethicon, Inc., pelvic mesh product(s)?  **Yes  X   No ___**

   **If Yes:**

   a.  Describe the bodily injuries, including any emotional of psychological injuries, that you claim resulted from the implantation of the pelvic mesh product(s).

   Severe permanent pain and dyspareunia, recurrence of organ prolapse, multiple surgeries to revise/remove the mesh or repair damage caused by the mesh, banding and contraction of the mesh, extrusion of the mesh, adhesions and vaginal scarring and

narrowing. The quality of my life was adversely impacted as were the relationships with my former spouses Delbert Parks and William Barham. The mesh caused feelings of depression, inadequacy and loneliness.

d. To the best of your knowledge and recollection, please state approximately when you first saw a health care provider for each of those bodily injuries you claim to have experienced relating to the pelvic mesh product(s):

In October 2013, I visited my OB/GYN, Dr. Leslie Gray, about some of the symptoms including dyspareunia, pain and urinary problems. I was then referred to a specialist, Dr. Emily Cole of Sharp Mary Birch Hospital for treatment.

g. Were you hospitalized at any time for the bodily injuries you listed above? Yes _X_ No ___

If Yes, please provide the following:

| Hospital Name and Address | Condition Treated | Approximate Dates of Treatment |
|---|---|---|
| Sharp Mary Birch Hospital 3003 Health Center Drive, San Diego, CA 92123 | Pain, dyspareunia, exposed mesh. Surgery. | 03/13/2014 |
| Sharp Mary Birch Hospital 3003 Health Center Drive, San Diego, CA 92123 | Pain, dyspareunia, infections, recurrence and worsening of incontinence and prolapse. Surgery. | 09/16/2014 |
| Sharp Mary Birch Hospital 3003 Health Center Drive, San Diego, CA 92123 | Pain, dyspareunia, infections, recurrence and worsening of incontinence and prolapse. Surgery. | 11/15/2017 |
| Sharp Mary Birch Hospital 3003 Health Center Drive, San Diego, CA 92123 | Recurrence of prolapse, incontinence and hysterectomy; surgery to alleviate pelvic pain due to Gynemesh | 04/10/2019 |

10) To the best of your knowledge, have you suffered from any of the following:

| Medical Condition | | Sought treatment for? | Indicate whether condition occurred pre-implant, post-implant or both (explain, if necessary) |
|---|---|---|---|
| Collagen Disorder/Deficiency | Yes ___ No _X_ | Yes ___ No ___ | Pre ___ Post ___ |
| Obesity | Yes _X_ No ___ | Yes _X_ No ___ | Pre _X_ Post ___ |
| Urinary Incontinence | Yes _X_ No ___ | Yes _X_ No ___ | Pre _X_ Post _X_ |

### III. MEDICAL BACKGROUND

2) At the time you received each pelvic mesh product(s), please state:

Your age __61__   Your approximate weight __140 lbs__

5) In chronological order, list any and all surgeries, procedures, or hospitalizations you had in the 10 year period **BEFORE** implantation of the pelvic mesh product(s); identifying by name and address the doctor(s), hospital(s) or other healthcare provider(s) involved with each surgery or procedure; and providing the approximate date(s) for each. Insert additional rows as necessary.

| Doctor or Healthcare Provider Involved (including address) | Description of Surgery Hospitalization | Approximate. Date |
|---|---|---|
| Dr. Delois Bean<br>Kaiser Permanente<br>4647 Zion Avenue<br>San Diego, CA 92120 | Surgery on left thumb for basal joint arthritis | 2005 – 2006 |
| Dr. Jonathan Sales<br>Kaiser Permanente<br>2531 Chester Avenue<br>Bakersfield, CA 93301 | Inguinal hernia repair | 2007 or 2008 |
|  |  |  |

|  |  |  |
|--|--|--|
|  |  |  |

7) To the extent not already provided in the charts above, provide the name, address, and telephone number of every doctor, hospital, or other health care provider from which you have received medical advice and/or treatment for the past **10 years**. Insert additional rows as necessary.

| Name and Specialty | Address | Approximate Dates/Years of Visits |
|---|---|---|
| Dr. Kenneth Doan (primary care) | Sharp Rees Stealy 5525 Grossmont Center Dr, La Mesa, CA 91942 | Approx 2011/2012 to present |
| Dr. Humberto Gallego (Dermatology) | Sharp Rees Stealy 7862 El Cajon Blvd. La Mesa, CA 91942 | I can't recall. |
| Dr. Leslie Gray (OB/GYN) | Sharp Rees Stealy 5525 Grossmont Center Dr, La Mesa, CA 91942 | 2012 |
| Dr. Ralph Johnson (primary care) | Kaiser Permanente 4650 Palm Avenue San Diego, CA 92154 | Dr. Johnson was my PCP for a number of years until 2010 or 2011. I don't recall when I started seeing him. |

8) Please describe your physical activities associated with daily living, physical fitness, household tasks, and employment-related activities *before* the implantation of each pelvic mesh product.

<u>Plaintiff doesn't recall any limitations on her daily activities pre-mesh implant. Plaintiff assisted her husband in working, did all household chores, cooking and cleaning. Was able to exercise and spent extensive time gardening.</u>

9) Please describe your physical activities associated with daily living, physical fitness, household tasks, and employment-related activities *after* the implantation of the pelvic mesh product(s).

<u>Plaintiff is unable to lift her grandbabies, is much more limited in the housework and gardening she is able to do now.</u>

10) To the best of your knowledge, have you suffered from any of the following:

| Medical Condition | | Sought treatment for? | Indicate whether condition occurred pre-implant, post-implant or both (explain, if necessary) |
|---|---|---|---|
| Collagen Disorder/Deficiency | Yes ___ No _X_ | Yes ___ No ___ | Pre ___ Post ___ |
| Obesity | Yes _X_ No ___ | Yes _X_ No ___ | Pre _X_ Post ___ |
| Urinary Incontinence | Yes _X_ No ___ | Yes _X_ No ___ | Pre _X_ Post _X_ |

14) List each prescription medication you have taken **for more than 3 months at a time, within the last 5 years prior to implant to present,** giving the name and address of the pharmacy where you received/filled the medication, the reason you took the medication, and the approximate dates of use.

| Medication and Dosage | Pharmacy (Name and Address) |
|---|---|
| Zoloft 50mg 1 per day. I don't recall the dates of use. | Walgreens 9305 Mission Gorge Rd, Santee, CA 92071 |
| Alendrolate (osteoporosis) 1 per week. Still taking. | Walgreens 9305 Mission Gorge Rd, Santee, CA 92071 |
| Hydrocodone 5mg (pain). Per as needed. I don't recall the dates of use. | Walgreens 9305 Mission Gorge Road, Santee, CA 92071 |
| Baclofen (muscle relaxant). I don't recall the dates of use. | Walgreens 9305 Mission Gorge Rd, Santee, CA 92071 |
| Metaxalone 800 mg (muscle relaxant). Per as needed. I don't recall the dates of use. | Walgreens 9305 Mission Gorge Rd, Santee, CA 92071 |
| Pramipexole 0.25mg tablets (restless leg syndrome). 1 per day at bedtime | Walgreens 9305 Mission Gorge Rd, Santee, CA 92071 |
| Trazadone 50 mg (restless leg syndrome) 1 per day at bedtime. I don't recall the dates of use. | Walgreens 9305 Mission Gorge Rd, Santee, CA 92071 |
| Clonapin (restless leg syndrome). I don't recall the dosage or dates of use. | Walgreens 9305 Mission Gorge Rd, Santee, CA 92071 |
|  |  |

## IV. INSURANCE INFORMATION

1) Provide the following information for any past or present medical insurance coverage within the last 10 years:

| Insurance Company (Name and Address) | Policy Number | Name of Policy Holder/Insured (if different than you) | Approx. Dates of Coverage |
|---|---|---|---|
| Medicare<br>PO Box 1270<br>Lawrence, KS 66044 | Unknown | Donna G. Parks | 2013 to present |
| Kaiser Foundation Health Plan 1000i<br>PO Box 7004<br>Downey, CA 90242 | Unknown | Donna G. Parks | 2009-2011 |
| Sharp Secure Horizons/SRS Medicare Advantage HMO<br>PO Box 93905<br>San Diego, CA 92193 | Group # HCFAG | Donna G. Parks | 2013 to present |

3) To the best of your knowledge, have you been approved to receive or are you receiving Medicare benefits due to age, disability, condition or any other reason or basis?

Yes _X_ No ___

If Yes, please specify the following:

a) The date on which you first became eligible: ____2013____

## V. PRIOR CLAIM INFORMATION

1) Have you filed a lawsuit or made a claim in the last 10 years, other than in the present suit relating to any bodily injury?

Yes _X_ No ___

If Yes, please specify the following:

a) Court in which suit/claim filed or made:____San Diego Superior Court

b)     Case/Claim Number: <u>Parks v. Bruce, 37-2017-00016958-CU-PA-NC</u>

c)     Nature of Claim/Injury: <u>My husband Delbert and I were rear ended by another vehicle on the interstate.</u>

## VI. FACT WITNESSES

1) Please identify all persons who you believe possess information concerning your injury(ies) and current medical conditions, other than your healthcare providers, and please state their name address and his/her/their relationship to you:

| Name | Address | Relationship to You | Information you Believe Person Possesses |
|---|---|---|---|
|  | ▇▇▇, CA 93455 | Cousin | Knowledge of the damages |
| Brian Parks | ▇▇▇, CA 92119 | Son | Knowledge of how this has impacted my life |
| Eric Parks | ▇▇▇, AZ 85048 | Son | Knowledge of how this has impacted my life |

**VERIFICATION**

I, Donna G. Parks, declare under penalty of perjury subject to all applicable laws, that I have carefully reviewed the final copy of this Supplemental Plaintiff Fact Sheet dated _____ and verified that all of the information provided is true and correct to the best of my knowledge, information and belief.

_____
**Signature of Plaintiff**