Chris W. Cantrell (SBN 290874)
Doyle APC
550 West B Street, Fourth Floor
San Diego, CA 92101
(619) 736-0000 phone
(619) 736-1111 fax

William J. Doyle (SBN 188069)
John A. Lowther (SBN 207000)
Doyle Lowther LLP
4400 NE 77th Avenue, Suite 275
Vancouver, WA 98662
(360) 818-9320 phone
(360) 450-3116 fax

*Attorneys for the Plaintiff*

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONNA PARKS,<br><br>　　Plaintiff,<br><br>　　vs.<br><br>ETHICON, INC., ET AL.,<br><br>　　Defendants. | Case No.: 3:20-cv-00989-LL-RBB<br><br>PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR PARTIAL SUMMARY JUDGMENT<br><br>(Filed concurrently with Memorandum in Support of Motion for Partial Summary Judgment, Declaration of Chris W. Cantrell, and [PROPOSED] Order)<br><br>Judge: Honorable Linda Lopez<br>Court: 5D, Fifth Floor |

**To All Parties And Their Attorneys Of Record:**

**Please Take Notice** Plaintiff Donna Parks, pursuant to Federal Rule of Civil Procedure 56, moves for partial summary judgment seeking the application of issue preclusion to the findings by the trial court in the *State of California v. Johnson & Johnson, et al.*, Case No. 37-2016-00017229-CU-MC-CTL (San Diego Superior Court) ("AG Action"). For the reasons set forth in the accompanying Memorandum in Support of Plaintiff's Motion for Partial Summary Judgment, the Court should find issue preclusion applies to the findings of the trial court in the AG Action and grant Plaintiff Partial Summary Judgment as to these issues.

Dated: September 9, 2022

Chris W. Cantrell, Esq.
Doyle APC
550 West B Street, 4th Floor
San Diego, CA 92101
(619) 736-0000 phone
(619) 736-1111 fax
chris@doyleapc.com

William J. Doyle, II
Doyle Lowther LLP
4400 NE 77th Ave., Ste. 275
Vancouver, WA 98662
(360) 818-9320 phone
bill@doylelowther.com

James R. Hail
Law Office of James Hail
6813 Red Fox Court
Granbury, TX 76049
(619) 213-2972 phone

**Certificate Of Service**

I hereby certify on September 9, 2022 I electronically filed Plaintiff's Notice Of Motion And Motion For Partial Summary Judgment with the Clerk of the Court using the CM/ECF system, which will send notification of this Notice Of Motion and Motion to the CM/ECF participants registered to receive service in this matter.

Respectfully Submitted,

/s/       Chris Cantrell

Chris Cantrell, Esq.
Doyle APC