1   Chris W. Cantrell (SBN 290874)
    Doyle APC
2   550 West B Street, Fourth Floor
    San Diego, CA 92101
3   (619) 736-0000 phone
4   (619) 736-1111 fax

5   William J. Doyle (SBN 188069)
6   John A. Lowther (SBN 207000)
    Doyle Lowther LLP
7   4400 NE 77th Avenue, Suite 275
8   Vancouver, WA 98662
    (360) 818-9320 phone
9   (360) 450-3116 fax

10
    *Attorneys for the Plaintiff*
11

12              UNITED STATES DISTRICT COURT

13            SOUTHERN DISTRICT OF CALIFORNIA

14

15   DONNA PARKS,                      Case No.: 3:20-cv-00989-LL-RBB

16        Plaintiff,                   PLAINTIFF'S STATEMENT OF UNDISPUTED
17                                      FACTS
     vs.
18                                      (Filed concurrently with Plaintiff's Motion for
19   ETHICON, INC., ET AL.,             Partial Summary Judgment; Memorandum in
                                        Support of Plaintiff's Motion for Partial Summary
20        Defendants.                   Judgment; and Declaration of Chris W. Cantrell)

21
                                        Judge:   Honorable Linda Lopez
22                                      Court:   5D, Fifth Floor

23

24

25

26

27

28

| Plaintiff's Undisputed Facts | Disputed or Undisputed |
|---|---|
| **Undisputed Fact No. 1:**<br><br>On January 30, 2020, Judge Eddie C. Sturgeon signed his Statement of Decision in *People of the State of California v. Johnson & Johnson et al.*, Case No. 37-2016-00017229-CU-MC-CTL (San Diego Superior Court).<br><br>(Declaration of Chris W. Cantrell in Support of Plaintiff's Motion for Partial Summary Judgment ("Cantrell Decl."), ¶ 7; Cantrell Decl., Ex. A at 88). | |
| **Undisputed Fact No. 2:**<br><br>Exhibit A to the Declaration of Chris W. Cantrell in Support of Plaintiff's Motion for Partial Summary Judgment is a true copy of the Statement of Decision, signed January 30, 2020, in *People of the State of California v. Johnson & Johnson et al.*<br><br>(Cantrell Decl., Ex. A; *see also id.* at 88). | |
| **Undisputed Fact No. 3:**<br><br>The Statement of Decision, signed January 30, 2020, in *People of the State of California v. Johnson & Johnson et al.* is a document filed with the San Diego Superior Court as authorized by law.<br><br>(Cantrell Decl., Ex. A; *see also id.* at 88). | |
| **Undisputed Fact No. 4:**<br><br>The Statement of Decision, signed January | |

1  | 30, 2020, in *People of the State of California v. Johnson & Johnson et al.* is a public record from the San Diego Superior Court wherein judicial records like this Statement of Decision are kept.
2  |
3  |
4  |
5  | (Cantrell Decl., Ex. A; *see also id.* at 88).

6

7

8    Dated: September 9, 2022

9

/s/ Chris Cantrell

Chris W. Cantrell, Esq.

Doyle APC

10   550 West B Street, 4th Floor

San Diego, CA 92101

11   (619) 736-0000 phone

(619) 736-1111 fax

12   chris@doyleapc.com

13

14   William J. Doyle, II

Doyle Lowther LLP

15   4400 NE 77th Ave., Ste. 275

Vancouver, WA 98662

16   (360) 818-9320 phone

bill@doylelowther.com

17

18   James R. Hail

Law Office of James Hail

19   6813 Red Fox Court

Granbury, TX 76049

20   (619) 213-2972 phone

21

22

23

24

25

26

27

28

PLAINTIFF'S STATEMENT OF UNDISPUTED FACTS

**Certificate Of Service**

I hereby certify on September 9, 2022 I electronically filed Plaintiff's Statement of Undisputed Facts with the Clerk of the Court using the CM/ECF system, which will send notification of this motion and memorandum to the CM/ECF participants registered to receive service in this matter.

Respectfully Submitted,

/s/     Chris Cantrell

Chris Cantrell, Esq.
Doyle APC