Chris W. Cantrell (SBN 290874)
**DOYLE APC**
550 West B Street, Fourth Floor
San Diego, CA 92101
Telephone: (619) 736-0000
Facsimile:  (619) 736-1111

William J. Doyle (SBN 188069)
John Lowther (SBN 207000)
**DOYLE LOWTHER LLP**
4400 NE 77th Avenue, Suite 275
Vancouver WA 98662
Telephone:  (360) 818-9320
Facsimile:   (360) 450-3116

Deborah S. Dixon (SBN 248965)
**DIXON DIAB & CHAMBERS LLP**
600 West Broadway, Suite 1540
San Diego, CA 92101
Telephone:  (619) 354-2662
*ddixon@theddcfirm.com*

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| DONNA PARKS,<br><br>                              Plaintiff,<br><br>v.<br><br>ETHICON, INC., ET AL.,<br><br>                              Defendant. | Case No.: 3:20-cv-00989-RBM-RBB<br><br><br>**NOTICE OF SETTLEMENT AND JOINT MOTION TO VACATE PENDING DATES**<br><br>**Judge:  Honorable Ruth Bermudez Montenegro**<br>**Courtroom: 5B, Fifth Floor**<br><br>**Case Filed:      5/29/2020**<br>**Trial Date:       1/31/2023** |

1    Plaintiffs Donna Parks and Delbert Parks ("Plaintiffs") and Defendants Ethicon

2 Inc. and Johnson & Johnson (hereinafter "Defendants," and together with Plaintiffs,

3 the "Parties"), by and through their attorneys or record, hereby jointly notify the Court

4 that they have reached a settlement of all claims.  As such, the Parties respectfully

5 request the Court vacate all presently scheduled dates and motions, and the trial date

6 as set forth in the Court's Order Setting Trial and Pretrial Dates and Procedures, issued

7 August 19, 2022 (ECF No. 212).

8    WHEREAS, the Parties were involved in extensive, informal, settlement

9 discussions and negotiations;

10   WHEREAS, the Parties have reached a settlement which resolves all claims

11 and are currently in the process of preparing the settlement agreement and releases;

12   WHEREAS, to further those efforts, avoid any unnecessary expense, and

13 promote judicial economy, the Parties have agreed to request that the Court vacate all

14 pending dates, motions and the trial date while they prepare the Stipulation for

15 Dismissal of the pending claims;

16   WHEREAS, the Parties anticipate they will be in a position to file the

17 Stipulation of Dismissal within 60 days of this filing.

18   NOW THEREFORE, in light of the Parties' settlement in principle, the Parties

19 hereby request that the Court vacate all presently scheduled dates, and set February

20 28, 2023 as the deadline by which the Stipulation of Dismissal shall be filed.

21

22

23

24 Dated:  December 23, 2022          /s/ *Deborah S. Dixon*

25                                   Deborah S. Dixon
                                     **DIXON DIAB & CHAMBERS LLP**
26

27                                   Chris W. Cantrell
                                     **DOYLE APC**
28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

William J. Doyle
John Lowther
**DOYLE LOWTHER LLP**

*Attorneys for Plaintiffs*

Dated:  December 23, 2022

/s/ *Kenneth P. Conour*
Kenneth P. Conour
Paul S. Rosenblatt (Pro Hac Vice)
**BUTLER SNOW LLP**

Sabrina H. Strong
**O'MELVENY & MYERS LLP**

*Attorneys for Defendants*

1

## **<u>Signature Certification</u>**

2       Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative

3   Policies and Procedures Manual, I hereby certify that the content of this document is

4   acceptable to counsel for each party and that I have obtained authorization from

5   counsel for each party to affix his/her electronic signature to this document.

6

7                                       _/s/ Deborah S. Dixon_
                                        Deborah S. Dixon

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**CERTIFICATE OF SERVICE**

I hereby certify that on December 23, 2022, I caused the foregoing document to be electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List, and I hereby certify that I caused the foregoing document or paper to be mailed via the United States Postal Service to the non-CM/ECF participants indicated on the Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on December 23, 2022.

*/s/ Deborah S. Dixon*
Deborah S. Dixon