Chris W. Cantrell (SBN 290874)
DOYLE APC
550 West B Street, Fourth Floor
San Diego, CA 92101
(619) 736-0000 phone

William J. Doyle (SBN 188069)
John Lowther (SBN 207000)
DOYLE LOWTHER LLP
4400 NE 77th Avenue, Suite 275
Vancouver WA 98662
(360) 818-9320 phone

Deborah S. Dixon (SBN 248965)
DIXON DIAB & CHAMBERS LLP
600 West Broadway, Suite 1540
San Diego, CA 92101
(619) 354-2662 phone

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONNA PARKS,<br><br>　　　　Plaintiff,<br><br>v.<br><br>ETHICON, INC., ET AL.,<br><br>　　　　Defendants. | Case No.: 3:20-cv-00989-RBM-RBB<br><br>**JOINT MOTION TO CONTINUE DEADLINE TO FILE STIPULATION OF DISMISSAL**<br><br>**Judge:**　**Honorable Ruth Bermudez Montenegro**<br>**Court:**　**5B, Fifth Floor**<br><br>**Case Filed:　5/29/2020**<br>**Trial Date:　1/31/2023 (vacated)** |

1 Plaintiff Donna Parks ("Plaintiff") and Defendants Ethicon Inc. and Johnson &
2 Johnson ("Defendants") (combined, the "Parties"), by and through their attorneys or
3 record, respectfully request the Court continue the presently scheduled deadline to file
4 a Stipulation of Dismissal, as set forth in the Court's Order Re: Notice of Settlement,
5 issued December 23, 2022 (ECF No. 235) (the "Order").

6     WHEREAS, the Parties have a fully executed Settlement Agreement that
7 resolves all claims and quiets the litigation;

8     WHEREAS, the Parties are currently in the process of finalizing the Settlement;

9     WHEREAS, to avoid a waste of judicial and litigant resources, the Parties
10 submitted a Notice of Settlement and Joint Motion to Vacate Pending Dates on
11 December 23, 2022 (ECF No. 234);

12     WHEREAS, the Court issued its Order requiring the Parties to submit a
13 Stipulation of Dismissal on or before February 28, 2023;

14     WHEREAS, although the Settlement Agreement has been duly executed,
15 Plaintiff's counsel and Defendants' counsel are now working to resolve an
16 outstanding issue concerning a bankruptcy matter that was discharged in 2011;

17     THEREFORE, the Parties, as they work through the bankruptcy issue, request
18 the Court continue the presently set February 28, 2023 deadline to file the Stipulation
19 for Dismissal for an additional 60 days, up to and including April 30, 2023.

Dated:  February 28, 2023

/s/ *Deborah S. Dixon*
Deborah S. Dixon
DIXON DIAB & CHAMBERS LLP

Chris W. Cantrell
DOYLE APC

William J. Doyle
John Lowther
DOYLE LOWTHER LLP

*Attorneys for Plaintiffs*

1
JOINT MOTION TO CONTINUE DEADLINE TO FILE STIPULATION OF DISMISSAL

| | | |
|---|---|---|
| 1 | Dated: February 28, 2023 | /s/ *Kenneth P. Conour* |
| 2 | | Kenneth P. Conour |
| | | Paul S. Rosenblatt (Pro Hac Vice) |
| 3 | | BUTLER SNOW LLP |
| | | 150 3rd Avenue South |
| 4 | | Suite 1600 |
| 5 | | Nashville, TN 37201 |
| | | (615) 651-6700 phone |
| 6 | | |
| 7 | | Sabrina H. Strong |
| | | O'MELVENY & MYERS LLP |
| 8 | | 400 South Hope Street |
| | | 18th Floor |
| 9 | | Los Angeles, CA 90071 |
| 10 | | (213) 430-6000 phone |
| 11 | | |
| | | *Attorneys for Defendants* |

**Signature Certification**

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify the content of this document is acceptable to counsel for each party and certify I have obtained authorization from counsel for each party to affix his/her electronic signature to this document.

                                           */s/     Deborah S. Dixon*

                                           Deborah S. Dixon

**Certificate Of Service**

I hereby certify on February 28, 2023 I caused this Joint Motion To Continue Deadline To File Stipulation Of Dismissal to be electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of this Joint Motion to the e-mail addresses denoted on the Electronic Mail Notice List, and I hereby further certify I caused the foregoing Joint Motion to be mailed via the United States Postal Service to any non-CM/ECF participants indicated on the Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America the foregoing is true and correct. Executed this 28th day of February 2023.

*/s/     Deborah S. Dixon*

Deborah S. Dixon